# Commonwealth Trust Company, Trustee for use, Appellant, *v.* First National Bank of Huntingdon.

*Banks and banking—Checks—Forgery—Notice—Delay.*

In an action brought against a bank on checks bearing alleged forged counter-signatures of a referee in bankruptcy, binding directions for the defendant are proper, where it appears that the forgeries were discovered by the plaintiff in the fall of 1916, but no notice of them was given to the bank until May, 1918.

Argued April 22, 1919.   Appeal, No. 265, Jan. T., 1919, by plaintiff, from judgment of C. P. Huntingdon Co., Sept. T., 1918, No. 5, on verdict for defendant in case of Commonwealth Trust Co. of Harrisburg, Trustee of R. W. Jacobs, Bankrupt, for use of Ætna Casualty & Surety Co. v. First National Bank of Huntingdon.   Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING and SIMPSON, JJ.   Affirmed.

Assumpsit on four checks.   Before KELLER, P. J., specially presiding.

At the trial the court gave binding instructions for defendant.

Verdict and judgment for defendant.   Plaintiff appealed.

*Error assigned* was in giving binding instructions for defendant.

*James S. Wood,* with him *Samuel I. Spyker,* for appellant.

*John D. Dorris,* with him *W. M. Henderson,* for appellee.

PER CURIAM, May 12, 1919:

This action was brought to recover from the First National Bank of Huntingdon, Pa., the amounts which it paid on four checks bearing alleged forged counter-signatures of a referee in bankruptcy. These forgeries were discovered by the appellant in the fall of 1916, but no notice of them was given to the bank until May, 1918, and the learned trial judge properly directed a verdict for the defendant: McNeely v. Bank of North America, 221 Pa. 588.

Judgment affirmed.